**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| AL MERIA ROBERTS | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV 21-00386 CAS |
| v. | |
| AFFINITIV, INC., ET AL. | **ORDER RETURNING CASE FOR REASSIGNMENT** |
| DEFENDANT(S). | |

IT IS ORDERED that the above-entitled case is hereby returned to the Clerk for random reassignment pursuant to the provisions of General Order 19-03.

_Christina A. Snyder_

February 1, 2021
Date

United States District Judge

**NOTICE TO COUNSEL FROM CLERK**

This case has been reassigned to Judge ___Otis D. Wright, II___ for all further proceedings.

☐ Pursuant to General Order 19-10, all discovery matters that are or may be referred to a magistrate judge are hereby reassigned from Magistrate Judge _____ to Program Magistrate Judge _____.

On all documents subsequently filed in this case, please substitute the initials ___ODW___ after the case number in place of the initials of the prior judge so that the case number will read _2:21-cv-00386 ODW(GJSx)_. This is very important because documents are routed to the assigned judge by means of the initials.

cc: ☐ Previous Judge  ☐ Statistics Clerk

CV-89 (11/19)            ORDER RETURNING CASE FOR REASSIGNMENT