```
1   CORY GOULD (SBN 329550)
    BRANDON CHANG (SBN 316197)
2   RODNEY MESRIANI (SBN 184875)
3   MESRIANI LAW GROUP, A PLC.
    510 Arizona Avenue
4   Santa Monica, CA 90401
    Tel:    (310) 826-6300
5   Fax:    (310) 820-1258
6   Attorneys for Plaintiff, Al-Meria Roberts
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL MERIA ROBERTS, an Individual;<br><br>PLAINTIFF,<br><br>v.<br><br>AFFINITIV, INC., a California Corporation; and DOES 1 through 25, Inclusive,<br><br>DEFENDANTS. | **Case No. 2:21-cv-00386 ODW (GJSx)**<br><br>**NOTICE OF SETTLEMENT** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the Plaintiff and Defendant have reached a settlement in the above-referenced case. A formal settlement agreement will be circulated between the parties for review and approval. Once all of the appropriate signatures have been obtained, an executed Stipulation of Dismissal of the entire action will be filed.

IT IS SO STIPULATED.

1  Dated: May 5, 2022         **MESRIANI LAW GROUP**
2                              A PROFESSIONAL LAW CORPORATION
3
4                              By: _____
5                              CORY GOULD, ESQ.,
6                              Attorney for Plaintiff, Al-Meria Roberts